**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CAROLYN MERRIWEATHER**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 3:15CV737-LG-RHW**

**HOLMES COUNTY SCHOOL DISTRICT**                                **DEFENDANT**

**ORDER GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

　　**BEFORE THE COURT** is the Motion [47] for Partial Summary Judgment on Claims Based on Acts Occurring Prior to July 1, 2014, that was filed by the defendant Holmes County School District in this sexual harassment case.  The plaintiff Carolyn Merriweather filed a response in which she conceded that she cannot pursue claims for any sexual harassment that occurred prior to July 1, 2014. As a result, the Court finds that the Motion [47] for Partial Summary Judgment on Claims Based on Acts Occurring Prior to July 1, 2014, should be granted.

　　**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [47] for Partial Summary Judgment that was filed by the defendant Holmes County School District is **GRANTED**.  All of Carolyn Merriweather's claims based on acts that occurred prior to July 1, 2014, are hereby **DISMISSED WITH PREJUDICE**. All other claims remain pending.

　　**SO ORDERED AND ADJUDGED** this the 11th day of July, 2016.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge